| | |
|---|---|
| Lea K. Schneider, WSBA 56471<br>Snell & Wilmer, L.L.P.<br>600 University Street, Suite 310<br>Seattle, WA 98101<br>Telephone: 206.741.1420<br>lschneider@swlaw.com<br>Attorneys for Defendant<br>United Parcel Service, Inc. | The Honorable Judge Benjamin H. Settle |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOYCE LANETTE DUCHESNEAU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE INC., et al.,<br><br>　　　　　Defendant. | Case No. 3:25-cv-05018-BHS<br><br>ORDER GRANTING SECOND STIPULATED UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

The Court, having considered the Moving Parties' Second Stipulated Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion") and finding good cause, hereby ORDERS as follows:

The Motion is granted. The deadline for Defendant United Parcel Service, Inc. to respond to the Complaint shall be March 4, 2025.

IT IS SO ORDERED.

DATED this 26th day of February, 2025.

_____
The Honorable Benjamin H. Settle
Senior U.S. District Judge

Presented by:

Snell & Wilmer LLP

/s/ Lea K. Schneider
Lea K. Schneider, WSBA 56471

ORDER GRANTING SECOND STIPULATED UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
3:25-CV-05018-BHS

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420